[No. 17646-7-II.   Division Two.   August 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN JAY SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-017961-0, Terry D. Sebring, J., entered November 2, 1993. *Reversed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 32401-2-I.   Division One.   August 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNIE F. WOTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01421-6, Ronald Castleberry, J., entered February 12, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Cox, J.

[No. 33707-6-I.   Division One.   August 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. APRIL P. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02917-5, Deborah Fleck, J., entered November 12, 1993. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Becker, J.